Mark Mizrahi (SBN 179384)
mmizrahi@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN
 & RABKIN, LLP
11400 W. Olympic Blvd., 9th Floor
Los Angeles, CA 90064
(310) 478-4100
Fax: (310) 479-1422

Raymond P. Niro (*Pro Hac Vice*)
RNiro@nshn.com
Raymond P. Niro, Jr. (*Pro Hac Vice*)
RNiroJr@nshn.com
Robert A. Conley (*Pro Hac Vice*)
RConley@nshn.com
Laura A. Kenneally (*Pro Hac Vice*)
LKenneally@nshn.com
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Defendant
Progressive Medical, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| I-FLOW LLC, KIMBERLY-CLARK WORLDWIDE, INC. and KIMBERLY-CLARK GLOBAL SALES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE MEDICAL, INC.,<br><br>Defendant. | Case No. SACV12-01064 AG (RNBx)<br><br>**DECLARATION OF DR. HARRI KYTÖMAA IN SUPPORT OF PROGRESSIVE'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT**<br><br>**Date:  December 2, 2013**<br>**Time: 10:00 a.m.**<br>**Courtroom:  10D**<br>**Judge Andrew J. Guilford** |
|---|---|

I, Harri Kytömaa, Ph.D., declare and state as follows:

1. The following is true based upon my own personal knowledge and if called to testify, I would and could testify hereto.

2. As described in detail in my October 4, 2013 Expert Report (attached hereto as Exhibit A and incorporated herein by reference), the accused AccuFlo and AccuRx products fail to satisfy the "confining" limitation – as construed by the Court – when used as directed.

3. The accused AccuFlo pump (Model CT-1000-100) is accurately depicted in the photographs below, with Figure 6 showing the unfilled pump, Figure 7 showing the pump filled with 100 ml (nominal fill volume) of water and Figure 8 showing the pump filled with 120 ml (maximum fill volume) of water:



Figure 6

- 1 -



Figure 7

Figure 8

4.      When filled to the prescribed amount of 100 ml or the maximum prescribed fill volume of 120 ml, the reservoir is not confined by the outer housing.

5.      My Expert Report is supported by scientific testing, is reliable and is capable of reproduction.  The Expert Report is correct and accurate.

1  I declare under penalty of perjury that the foregoing is true and correct and
2  that this declaration was executed on the date indicated below.
3
4  Dated: 11/4/2013                    _____
                                        Harri Kytömaa, Ph.D.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 4, 2013 the foregoing

**DECLARATION OF DR. HARRI KYTÖMAA IN SUPPORT OF PROGRESSIVE'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| Boris Zelkind | Steven J Nataupsky |
| David P. Kujawa | Ali S. Razai |
| KNOBBE MARTENS OLSON AND BEAR LLP | KNOBBE MARTENS OLSON AND BEAR LLP |
| 12790 El Camino Real Suite 100 | 2040 Main Street 14th Floor |
| San Diego, CA 92130 | Irvine, CA 92614 |
| 858-707-4000 | 949-760-0404 |
| litigation@kmob.com | litigation@kmob.com |
| boris.zelkind@knobbe.com | steven.nataupsky@knobbe.com |
| david.kujawa@knobbe.com | ali.razai@knobbe.com |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                                           /s/ Raymond P. Niro, Jr.
                                                    Attorneys for Defendant,
                                                    Progressive Medical, Inc.