Steven J. Nataupsky (SBN 155,913)
steven.nataupsky@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Boris Zelkind (SBN 214,014)
boris.zelkind@knobbe.com
David P. Kujawa (SBN 271,976)
david.kujawa@knobbe.com
Adam B. Powell (SBN 272,725)
adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA 92130
Telephone: 858-707-4000 / Facsimile: 858-707-4001

Attorneys for Plaintiffs, I-FLOW LLC,
KIMBERLY-CLARK WORLDWIDE, INC. and
KIMBERLY-CLARK GLOBAL SALES, LLC

JS-6

Raymond P. Niro, Jr. (*Pro Hac Vice*)
RNiroJr@nshn.com
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:  (312) 236-0733 / Facsimile: (312) 236-3137

Attorneys for Defendant, PROGRESSIVE MEDICAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| I-FLOW LLC, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>PROGRESSIVE MEDICAL, INC.,<br><br>        Defendant. | Case No.<br>SACV12-01064 AG (RNBx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Andrew J. Guilford |

| | |
|---|---|
| 1 | The Court, having considered the parties' stipulated dismissal with |
| 2 | prejudice, and for good cause shown, |
| 3 | IT IS HEREBY ORDERED that the Court confirms that this action is |
| 4 | dismissed with prejudice, each party shall bear its own costs and attorneys' fees. |

**IT IS SO ORDERED.**

Dated: April 09, 2014     By: _____
                              The Honorable Andrew J. Guilford
                              United States District Court Judge

17355738

-1-